**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**AARON HIRSCH, individually and on behalf of all other similarly situated,**

    **Plaintiff,**

**v.**                                                                **Case No.: 3:17-cv-1215-J-39JBT**

**FORTEGRA FINANCIAL CORP. and ENSURETY VENTURES, LLC d/b/a OMEGA AUTOCARE,**

    **Defendants.**
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 40; Report), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on June 26, 2018. In the Report, the Magistrate Judge recommends that the Court grant in part Defendant Fortegra Financial Corp.'s Motion to Dismiss (Doc. 22); grant in part Defendant Ensurety Ventures, LLC d/b/a Omega Autocare's Motion to Dismiss Counts I, II, III and IV of Plaintiff's Amended Class Action Complaint or, in the Alternative, to Stay the Action (Doc. 21) and that the Amended Class Action Complaint (Doc. 18) be dismissed without prejudice. Report at 11. No party filed an objection to the Report and the time to do so has passed.[1] Accordingly, the matter is ripe for review.

---

[1] Rule 6.02(a), Local Rules, United States District Court, Middle District of Florida (Local Rule(s)) directs that any objections to a report and recommendation should be filed within fourteen days after service of the report and recommendation.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific objections to findings of fact are filed, the district judge is not required to conduct a *de novo* review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 & n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  Further, if no objections to a magistrate judge's report and recommendation are filed, the district court reviews legal conclusions only for plain error and only if necessary in the interests of justice.  Shepherd v. Wilson, 663 F. App'x 813, 816 (11th Cir. 2016); see also Mitchell v. United States, 612 F. App'x 542, 545 (11th Cir. 2015) (noting that under 11th Circuit Rule 3-1, the appellant would have waived his ability to object to the district court's final order on a report and recommendation where appellant failed to object to that report and recommendation).  "Under plain error review, we can correct an error only when (1) an error has occurred, (2) the error was plain, (3) the error affected substantial rights, and (4) the error seriously affects the fairness, integrity or public reputation of judicial proceedings."  Symonette v. V.A. Leasing Corp., 648 F. App'x 787, 790 (11th Cir. 2016) (citing Farley v. Nationwide Mut. Ins. Co., 197 F.3d 1322, 1329 (11th Cir. 1999)).  Upon independent review of the entire record, the undersigned finds no plain error in the Report.

Accordingly, it is hereby

**ORDERED**:

1. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. 40) as the opinion of the Court.

2. Defendant Fortegra Financial Corp.'s Motion to Dismiss (Doc. 22) is **GRANTED in part**.

3. Defendant Ensurety Ventures, LLC d/b/a Omega Autocare's Motion to Dismiss Counts I, II, III and IV of Plaintiff's Amended Class Action Complaint or, in the Alternative, to Stay the Action (Doc. 21) is **GRANTED in part and DENIED in part**.

4. The Amended Class Action Complaint (Doc. 18) is **DISMISSED without prejudice**.

5. On or before **August 20, 2018**, Plaintiff shall file an amended complaint consistent with the directives of the Report and Recommendation (Doc. 40).

6. If Plaintiff files an amended complaint, Defendant shall respond within fourteen (14) days of its filing.

**DONE AND ORDERED** in Jacksonville, Florida, this  30th  day of July, 2018.

_____
BRIAN J. DAVIS
United States District Judge

**Copies furnished to:**

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of Record

*ap*