**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

| | |
|---|---|
| AARON HIRSCH, individually and on behalf of classes of similarly situated individuals, ) ) ) *Plaintiff*, ) ) v. ) ) ) FORTEGRA FINANCIAL CORP., *et al.*, ) ) *Defendants*. ) | No. 3:17-cv-01215-BJD-JBT **Class Action** **Judge Brian J. Davis** **Magistrate Judge Joel B. Toomey** |

**CONSENT MOTION TO AMEND COMPLAINT TO ADD PARTIES *NUNC PRO TUNC***

Plaintiff Aaron Hirsch ("Plaintiff"), by and through his counsel of record, respectfully requests to modify *nunc pro tunc* an internal deadline in the Case Management and Scheduling Order (Dkt. 29) for adding additional parties, and states as follows:

1. By Order entered on July 30, 2018 (Dkt. 47), the Court granted in part, and denied in part, motions to dismiss filed by Defendants Fortegra Financial Corp. ("Fortegra") and Ensurety Ventures, LLC d/b/a Omega Autocare ("Ensurety") (collectively, the "Original Defendants").

2. The Court directed Plaintiff to replead within 20 days of its Order, or by August 20, 2018.

3. On August 20, 2018, Plaintiff filed a Second Amended Class Action Complaint ("SAC") (Dkt. 51), alleging violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C § 227, *et seq.* and the Maryland TCPA, Md. Code, Com. Law § 14-3201, against the Original Defendants and certain related entities. Because certain information referenced in the allegations had been designated by the Original Defendants as confidential pursuant to the parties' confidentiality stipulation, the SAC was filed in a redacted form.

4. After the Original Defendants withdraw the confidential designation as to certain information, Plaintiff filed an unredacted Corrected SAC (Dkt. 55) on August 24, 2018.

5. In connection with filing the SAC, Plaintiff filed a Motion to Amend Complaint to Add Parties *Nunc Pro Tunc* (Dkt. 52) ("Motion to Add Parties"), which was necessitated by virtue of the June 1, 2018 deadline to "add parties or amend pleadings," as set by the Case Management and Scheduling Order (Dkt. 29).

6. Based on discovery received and facts learned of since the commencement of this Action, and specifically since June 1, 2018 deadline, Plaintiff believes that several subsidiaries, affiliates, or alter-egos of the Original Defendants are liable for the claims alleged in this action and are proper to add as defendants in the SAC. Specifically, Plaintiff seeks to add as defendants certain subsidiaries and affiliates of the Original Defendants, including: Lyndon Southern Insurance Company, Insurance Company of the South, LOTSolutions, Inc., Auto Knight Motor Club, Inc., EGV Companies, Inc., and Ensurety, Inc. (collectively, the "Affiliate Defendants").

7. Plaintiff further asserts that because Defendants' motions to dismiss were actually pending until the Court's July 30, 2018 ruling, amending to add these additional parties was further warranted as such amendments are necessary to address issues raised by the Court's ruling on those motions.

8. On September 4, 2018, the Court entered an Order (Dkt. 58) dismissing without prejudice the SAC and Corrected SAC, and denying as moot the Motion to Add Parties; that Order directed that Plaintiff file by September 18, 2018, a renewed Motion to Add Parties with a proposed revised Second Amended Complaint after conferring with the Original Defendants.

9. After conferring, the Parties have agreed to enter into a Tolling Agreement (attached hereto as Exhibit 1) as two entities, Fortegra and Ensurety Group Inc. (collectively, the "Dismissed Parties"). In exchange for the Original Defendants' consent to the instant Motion to Add Parties, Plaintiff has agreed to withdraw without prejudice his claims against Fortegra and has agreed not to name as defendants in this litigation either of the Dismissed Parties, subject to

the provisions of the Tolling Agreement. In addition, Defendant Ensurety and its principal, Patrick O'Brien, has executed a Declaration (attached hereto as Exhibit 2) stating, in sum, that the entity known as Ensurety Group Inc. and its principals have no business relations with Ensurety (as defined above) or the business known as Omega Autocare.

10. Therefore, in accord with the Court's September 4 Order and directives, Plaintiff hereby files with the consent of the Original Defendants this Motion to Add Parties and respectfully submits for filing Plaintiff's Revised Second Amended Class Action Complaint (attached hereto as Exhibit 3).

11. Based on the foregoing, including the consent of the Original Defendants, Plaintiff respectfully submits that good cause exists to allow for Plaintiff to add *nunc pro tunc* the Affiliate Defendants, and submits that neither the Original Defendants nor the Affiliate Defendants will suffer any undue prejudice as a result at this early stage of the litigation, especially where Plaintiff has yet to file a motion for class certification and discovery extends until January 2019.

12. This is the first request for an extension of the Case Management and Scheduling Order deadline to add parties.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff's renewed Motion to Amend Complaint to Add Parties *Nunc Pro Tunc* and accept for filing Plaintiff's Revised Second Amended Class Action Complaint. A proposed form of Order is attached hereto as Exhibit 4.

Dated:  September 18, 2018　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: /s/ Lane L. Vines
　　　　　　　　　　　　　　　　　　　　　Michael Dell'Angelo, *pro hac vice*
　　　　　　　　　　　　　　　　　　　　　Lane L. Vines, *pro hac vice*
　　　　　　　　　　　　　　　　　　　　　BERGER MONTAGUE PC
　　　　　　　　　　　　　　　　　　　　　1818 Market Street, Suite 3600
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　Tel.:  (215) 875-3000
　　　　　　　　　　　　　　　　　　　　　Email:  mdellangelo@bm.net
　　　　　　　　　　　　　　　　　　　　　　　　　lvines@bm.net

　　　　　　　　　　　　　　　　　　　　　Max F. Maccoby, *pro hac vice*
　　　　　　　　　　　　　　　　　　　　　WASHINGTON GLOBAL LAW GROUP PLLC
　　　　　　　　　　　　　　　　　　　　　1701 Pennsylvania Ave., NW, Suite 200
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　　　Tel.:  (202) 248-5439
　　　　　　　　　　　　　　　　　　　　　Email:  maccoby@washglobal-law.com

　　　　　　　　　　　　　　　　　　　　　Steven G. Wenzel, FL Bar No. 15905
　　　　　　　　　　　　　　　　　　　　　WENZEL FENTON CABASSA, P.A.
　　　　　　　　　　　　　　　　　　　　　1110 North Florida Ave., Suite 300
　　　　　　　　　　　　　　　　　　　　　Tampa, FL 33602
　　　　　　　　　　　　　　　　　　　　　Tel.:  (813) 223-6545
　　　　　　　　　　　　　　　　　　　　　Fax:  (813) 229-8712
　　　　　　　　　　　　　　　　　　　　　Email:  swenzel@wfclaw.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff and Proposed Classes*