**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| AARON HIRSCH, individually and on behalf of classes of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>FORTEGRA FINANCIAL CORP., *et al.*,<br><br>Defendants. | No. 3:17-cv-1215-BJD-JBT<br><br>Class Action<br><br>Jury Trial Demand |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Aaron Hirsch, on behalf of himself and the classes of similarly situated individuals he proposes to represent, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order of the District Court for the Middle District of Florida entered in this action on August 6, 2019 (Dkt. 107), a copy of which is attached hereto as Exhibit 1.

Dated:  September 5, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 */s/ Lane L. Vines*
　　　　　　　　　　　　　　　　　　　　Michael Dell'Angelo, *pro hac vice*
　　　　　　　　　　　　　　　　　　　　Lane L. Vines, *pro hac vice*
　　　　　　　　　　　　　　　　　　　　BERGER MONTAGUE PC
　　　　　　　　　　　　　　　　　　　　1818 Market Street, Suite 3600
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　Tel.:  (215) 875-3000
　　　　　　　　　　　　　　　　　　　　Fax:  (215) 875-4604
　　　　　　　　　　　　　　　　　　　　Email:  mdellangelo@bm.net
　　　　　　　　　　　　　　　　　　　　　　　　lvines@bm.net

　　　　　　　　　　　　　　　　　　　　Max F. Maccoby, *pro hac vice*
　　　　　　　　　　　　　　　　　　　　WASHINGTON GLOBAL LAW GROUP,
　　　　　　　　　　　　　　　　　　　　1701 Pennsylvania Ave. N.W., Ste. 200
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　　Tel.:  (202) 248-5439
　　　　　　　　　　　　　　　　　　　　Email:  maccoby@washglobal-law.com

　　　　　　　　　　　　　　　　　　　　Steven G. Wenzel, FL Bar No. 15905
　　　　　　　　　　　　　　　　　　　　WENZEL FENTON CABASSA, P.A.
　　　　　　　　　　　　　　　　　　　　1110 North Florida Ave., Suite 300
　　　　　　　　　　　　　　　　　　　　Tampa, FL 33602
　　　　　　　　　　　　　　　　　　　　Tel.:  (813) 223-6545
　　　　　　　　　　　　　　　　　　　　Fax:  (813) 229-8712
　　　　　　　　　　　　　　　　　　　　Email:  swenzel@wfclaw.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff and Proposed Classes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing document with the Clerk of the Court via CM/ECF on this 5th day of September, 2019. I also certify that the foregoing document is being served this day on all counsel of record and parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. mail and email for those counsel or Parties who are not authorized to receive Notices of Electronic Filing electronically.

By:  */s/ Lane L. Vines*
        Lane L. Vines